```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
    UNITED STATES OF AMERICA,            :      19-CR-767 (VSB)
                                         :
                -v-                      :      ORDER
                                         :
    GINO VIZZARI,                        :
                        Defendant.       :
                                         :
---------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2021

VERNON S. BRODERICK, United States District Judge:

During Defendant's arrest $13,477 was seized by the United States Probation Office for the Southern District of New York ("Probation") on July 11, 2019, as evidence of drug distribution in the Violation of Supervised Release Petition, Docket Number 06-Cr-026. The funds are currently being held by the Probation Office. I presided over Defendant's violation proceedings as well as the captioned criminal matter. I have been informed that Probation does not independently have the authority to seize the funds.

It is therefore,

ORDERED that the Defendant shall forfeit $ 13,477 in US currency seized by the United States Probation Office.

IT IS FURTHER ORDERED that the Drug Enforcement Administration (DEA) is directed to initiate asset forfeiture proceedings to transfer the money from the custody of the United States Probation Office to the custody of the DEA.

SO ORDERED.

Dated: July 1, 2021
      New York, New York

_____
VERNON S. BRODERICK
United States District Judge