```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                    19-CR-767 (VSB)

              -v-                                  ORDER

GINO VIZZARI,

-------------------------------------------------------------x

VERNON S. BRODERICK, United States District Judge:

    The United States Probation Office for the Southern District of New York ("Probation") seized $13,477 from defendant Gino Vizzari upon his arrest on July 11, 2019, as evidence of a violation of his supervised release in case number 06-Cr-026.  The funds are currently being held by the Probation Office.  I presided over Mr. Vizzari's violation proceedings as well as the captioned criminal matter.  I have been informed that Probation does not independently have the authority to seize or forfeit the funds.  It is therefore,

    ORDERED that Probation transfer the seized currency to the Drug Enforcement Administration (DEA) for commencement of administrative forfeiture proceedings in accordance with 18 U.S.C. § 983(a) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

SO ORDERED.

                                                           _____
                                                           VERNON S. BRODERICK
                                                           United States District Judge